```
                              United States Bankruptcy Court
                              Southern District of Florida
Dale,
          Plaintiff                                                Adv. Proc. No. 13-01598-PGH
Chess,
          Defendant
                              CERTIFICATE OF NOTICE
District/off: 113C-9          User: perussoc              Page 1 of 1              Date Rcvd: Jan 16, 2014
                              Form ID: pdf004             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2014.
aty          +Jay Thomas Hollenkamp,    316 Hernando St, #A,    Fort Pierce, FL 34949-3279

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Jan 17 2014 00:37:42     Office of the US Trustee,
              51 S.W. 1st Ave.,    Suite 1204,   Miami, FL 33130-1614
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2014 at the address(es) listed below:
              Jay T Hollenkamp    on behalf of Attorney Jay Thomas Hollenkamp jayhollenkamp@gmail.com
              Jay T Hollenkamp    on behalf of Plaintiff Stephen W Dale jayhollenkamp@gmail.com
              Jay T Hollenkamp    on behalf of Plaintiff Deborah  Dale jayhollenkamp@gmail.com
              Paul S Visnovske    on behalf of Defendant William Kevin Chess paul@ombkc.com,   ecf@ombkc.com
                                                                                               TOTAL: 4



ORDERED in the Southern District of Florida on January 15, 2014.

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 11-23174-PGH |
| WILLIAM KEVIN CHESS, | Chapter 7 |
| **Debtor.** _____/ | |
| STEPHEN W. DALE and DEBORAH DALE, | Adversary No.: 13-01598-PGH |
| **Plaintiff,** | |
| v. | |
| WILLIAM KEVIN CHESS | |
| **Defendant.** _____/ | |

## ORDER GRANTING MOTION, IN PART, AND CONTINUING PRETRIAL HEARING

THIS CASE came to be heard on December 4, 2013 on the Plaintiff's *Motion For Order*

1

*Deeming Facts Admitted* [DE #48] (the "Motion") filed by the Plaintiff.

The Court, having reviewed and considered the Motion and the arguments of the parties at the hearing, for the reasons stated in open court:

ORDERS as follows:

1. The Motion is **GRANTED**, as noted below.

2. The Defendant is required conduct a reasonable records inquiry and shall thereafter respond to Plaintiff's discovery requests by December 31, 2013.

3.. The pretrial conference in this matter shall be rescheduled for February 4, 2014 at 9:30 a.m. at Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach FL 33401.

###

Submitted by:
Jay T. Hollenkamp, Esq.
Florida Bar No. 52701
jayhollenkamp@gmail.com
316 Hernando St.
Fort Pierce, Florida 34949
Telephone: (772) 332-8747
Attorney for Plaintiff

*(The party submitting this order shall serve a copy of the signed order on all interested parties and file with the court a certificate of service conforming with Local Rule 2002-1(F)).*

2