

**ORDERED in the Southern District of Florida on June 25, 2014.**

Paul G. Hyman, Jr.
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No.: 11-23174-BKC-PGH |
| William Kevin Chess, | Chapter 7 |
|     Debtor(s). _____/ | |
| Stephen W. Dale and Deborah Dale, | Adv. No.: 13-1598-BKC-PGH-A |
|     Plaintiff(s), | |
| v. | |
| William Kevin Chess, | |
|     Defendant(s). _____/ | |

**ORDER SETTING ADVERSARY PROCEEDING FOR TRIAL ON ATTORNEY'S FEES**

**THIS MATTER** came before the Court on June 24, 2014 for a status conference. With the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the trial on attorney's fees in the above referenced Adversary Proceeding is set before the Honorable Paul G. Hyman, Jr. on <u>**July 30, 2014 at 09:30 a.m.,**</u> at the United States Bankruptcy Court, courtroom A, Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, West Palm Beach, Florida 33401. The trial will last approximately **one-half day.**

Electronic devices, including but not limited to cameras, cellular phones, pagers, personal data assistants (PDA), laptop computers, radios, tape-recorders, etc. **are not permitted** in the courtroom or other environs of this court. These restrictions do not apply to attorneys permitted to practice law within the Southern District of Florida who are members of the Florida Bar with a valid Florida Bar identification card or pro hac vice order, U.S. government or State of Florida law enforcement officers, court licensed court reporters, U.S. Trustee's Office staff and designated bankruptcy trustees. **No one is permitted to bring a camera into a federal courthouse facility except with a written order signed by a Judge and verified by the U.S. Marshal's Service.** Photo identification is required to gain entrance to all federal courthouse buildings. *See* local Rule 5072-2.

###

Copies Furnished to:

Jay T. Hollenkamp, Esq.

Paul S. Visnovske, Esq.

AUST

Case 13-01598-PGH    Doc 83    Filed 06/25/14    Page 3 of 3